UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JAMES T. BUFORD,

and

BABETTA T. BUFORD,

        Plaintiffs,

  v.                                          Civil Action No. 2:18cv154

OCWEN LOAN SERVICING, LLC,

and

SURETY TRUSTEES, LLC,

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Surety's Motion for Nominal Treatment is **GRANTED**; the claim against Surety is **DISMISSED WITHOUT PREJUDICE**.

Dated:  August 30, 2018                      FERNANDO GALINDO, Clerk

                                              By:          /s/
                                                            B. Peters, Deputy Clerk