UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**JAMES T. BUFORD,**

and

**BABETTA T. BUFORD,**

      Plaintiffs,

  v.                                            Action No. 2:18cv154

**OCWEN LOAN SERVICING, LLC,**

      Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Ocwen's Motion to Dismiss is **GRANTED**; the Complaint is **DISMISSED WITH PREJUDICE**; and the request for injunctive relief is **DENIED AS MOOT**.

DATED: 12/18/2018                                FERNANDO GALINDO, Clerk

                                                      By        /s/
                                                                  B. Peters, Deputy Clerk